IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. SHONE,<br><br>    Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Defendant.                 / | No. C 08-04513 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner complaint under 42 U.S.C. § 1983.  On the same day the action was filed the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's <u>in forma pauperis</u> application. The Clerk sent Plaintiff a blank <u>in forma pauperis</u> application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. More than thirty days have passed and Plaintiff has not paid the filing fee, returned the <u>in forma pauperis</u> application or otherwise communicated with the Court.

    Accordingly, this action is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 11/25/08

                                        CLAUDIA WILKEN<br>                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOHN T. SHONE,

    Plaintiff,

v.

PEOPLE STATE OF CA et al,

    Defendant.
                               /

Case Number: CV08-04513 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John T. Shone F69371
Yard 4 M-7-L #20
CSP-Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: November 25, 2008

                                      Richard W. Wieking, Clerk
                                      By: Sheilah Cahill, Deputy Clerk